THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TODD PETERMAN-DISHION,<br><br>    Defendant. | No. CR19-126-RSL<br><br>ORDER GRANTING<br>MOTION TO MODIFY CONDITIONS<br>OF PRETRIAL SUPERVISION |

THE COURT has considered Todd Peterman-Dishion's motion to modify the conditions of his pretrial supervision and all the records in this case.

IT IS NOW ORDERED that Mr. Peterman-Dishion be allowed to travel to George, Washington solely for the purpose of work from 05:00 AM on Saturday, October 5, 2019 and Sunday, October 6, 2019 at 12:00 PM. Mr. Peterman-Dishion shall appear for a status hearing on Monday 10/7/2019 at 1:30 PM in Courtroom 12A.

DONE this 4th day of October 2019.

_____
BRIAN A. TSUCHIDA
UNITED STATES MAGISTRATE JUDGE

ORDER TO MODIFY CONDITIONS OF
PRETRIAL SUPERVISION
(*Todd Peterman-Dishion*, CR19-126-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100