UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. CR19-126-RSL |
| v. | **DETENTION ORDER** |
| TODD PETERMAN-DISHION, | |
| Defendant. | |

The Court ordered defendant released. Dkt. 11. Defendant was ordered to make an appearance in Court on August 23, 2021. The Court granted an extension of the hearing to August 27, 2021 as Defendant claimed he was in Montana and had car trouble.  On August 27, 2021, Defendant failed to appear for the hearing scheduled to begin at 9:00 am.  At 9:40 am, the Court conducted a hearing with counsel for the parties and the probation officers present. The probation office proffered they received a "tamper alert" indicating Defendant had cut-off his GPS bracelet. The probation office called Defendant and spoke with his wife.  Defendant's wife was in a "panic" and did not know where Defendant was.  As the probation officer spoke with the Defendant's wife, the officer could hear the GPS unit's alert ringing in the background, indicating the Defendant had cut off the GPS unit. Defense counsel had no information regarding the Defendant's whereabouts.  The events of the past week and of today indicate Defendant has cut off his GPS unit and has absconded. The Court therefore REVOKES the appearance bond.

DETENTION ORDER - 1

It is therefore **ORDERED**:

(1) The Appearance bond and release orders issued in this case are REVOKED. Defendant has been convicted and sentenced. He shall be detained pending the start of his sentence and be committed to the custody of the Attorney General for confinement;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

(5) The clerk shall issue a warrant for Defendant's arrest.

DATED this 27th day of August, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2